OPINION — AG — IT IS THE OPINION OF THE ATTORNEY GENERAL THAT YOUR QUESTION MUST BE ANSWERED IN THE NEGATIVE; I.E., THAT PORTION OF SENATE BILL NO. 327 AUTHORIZING THE LEGISLATIVE COMMITTEE TO APPOINT THE ASSISTANT DIRECTOR OF THE OKLAHOMA INDUSTRIAL DEVELOPMENT AND PARK DEPARTMENT IS UNCONSTITUTIONAL. CITE: ARTICLE IV, SECTION 1, ARTICLE V, SECTION 1, ARTICLE V, SECTION 35, ARTICLE VI, SECTION 2, ARTICLE VI, SECTION 1, ARTICLE VI, SECTION 13, ARTICLE VI, SECTION 8 (JOSEPH C. MUSKRAT)